ROYCE DALE TIMMONS, APPELLANT, v. SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 7197

April 2, 1973                                     507 P.2d 1039

*Morgan D. Harris,* Public Defender, and *Jeffrey D. Sobel,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Lawrence R. Leavitt,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The issue raised in this appeal was considered and rejected in Vandermark v. Sheriff, 89 Nev. 101, 507 P.2d 137 (1973). Affirmed.